O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YOLANDA N.,[1] | Case No. 2:22-cv-05312-CAS-JC |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the July 31, 2023 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is AFFIRMED; and (2) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on counsel for the parties.

DATED: August 18, 2023

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect her privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.